425 A.2d 23

Commonwealth v. Meyers, Appellant.

Submitted September 13, 1979. Arthur J. King, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Judgment of sentence affirmed.